IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-MJ-085

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| vs. | ) |
| | ) |
| MARSHALL DUKES, | ) |
| Defendant. | ) |

## ORDER TO DISMISS

Upon the unopposed motion of the United States, the Court hereby orders that the bill of information in this case be DISMISSED without prejudice.

SO ORDERED, this 30th day of March, 2018.

Dennis L. Howell
United States Magistrate Judge
Western District of North Carolina
Asheville, North Carolina